No. 03–1301. BURRIS, DBA VIDEO PLUS *v.* HILL, STATE ATTORNEY FOR THE TENTH JUDICIAL CIRCUIT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–1303. COGSWELL *v.* CITY OF SEATTLE, WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1305. KRYSTAL CADILLAC-OLDSMOBILE-GMC TRUCK, INC. *v.* GENERAL MOTORS CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1306. ROBINETT *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1308. ROSENQUIST *v.* OTTAWAY NEWSPAPERS, INC., DBA PLATTSBURGH PRESS-REPUBLICAN. C. A. 2d Cir. Certiorari denied.

No. 03–1310. ALDANA *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–1311. DUENAS ET UX. *v.* MONTEGUT ET UX. Sup. Ct. Tex. Certiorari denied.

No. 03–1317. WAGH *v.* METRIS DIRECT, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1319. ROBERT J. ADAMS & ASSOCIATES ET AL. *v.* BETHEA ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–1320. SILVA *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 03–1325. GREY *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1330. "K" LINE AMERICA, INC. *v.* ST. PAUL FIRE & MARINE INSURANCE CO. C. A. 9th Cir. Certiorari denied.